United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANKIT THORAT on Behalf of Himself And All Others Similarly Situated, § § § Plaintiff, § § v. § § BENCHMARK LAKE CONROE, LLC § § Defendant. § | Civil Action No. 4:23-cv-03039 |

### ORDER APPROVING FAIR LABOR STANDARDS ACT SETTLEMENT AND ORDER OF DISMISSAL

Before the Court is Plaintiff's Unopposed Motion for Approval of Fair Labor Standards Act Settlement, which asks the Court to approve the Parties' settlement in this action pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the Parties and described in their Settlement Agreement, a copy of which was submitted to the Court as Exhibit "1," are a fair and reasonable resolution of a bona fide dispute between the Named Plaintiff and the Defendant.

The Court certifies this case as a collective action for settlement purposes only on behalf of the following:

> All persons who worked for Benchmark Lake Conroe, LLC at the Margaritaville Resort on Lake Conroe, Texas as servers at any time from August 18, 2021 through the date of this Order.

The Court further finds that the Attorney's Fees and Costs Payment and Service Award Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiff and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer the settlement of the claims of the Plaintiff as set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiff are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

**SO ORDERED.**

DATE _February 11, 2025_

_____
**JUDGE PRESIDING**